IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| MICHELLE SCHROLLER, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 11-7719 |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

## **O R D E R**

**AND NOW**, this 26th day of July, 2013, upon consideration of the "Motion to Dismiss, or in the Alternative, for Summary Judgment" (Doc. 18) filed by Defendant, United States of America, the Response in Opposition filed by Plaintiffs, Michele and William Schroller, Defendant's Response in Support and Plaintiffs' Reply, it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE